In the Matter of the Judicial Settlement of the Account of RANDOLPH WHITE, as Administrator, etc., of SARAH J. SMITH, Deceased. JOHN MORGAN and MARY MURPHY, Appellants; MARGARET HALLIDAY, Respondent.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent twenty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of RANDOLPH WHITE, as Administrator, etc., of SARAH J. SMITH, Deceased.— Motion to add appeal to the December term calendar denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JOY-SIMPSON, INC., Respondent, v. TYMIN HOMES CO., INC., and Another, Appellants; DINSMORE BROS. and Another, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

HENRY L. KRAUSHAR, Respondent, v. ADE REALTY CORPORATION, Defendant; JOSEPH J. SCHWARTZ, Appellant.— Motion for stay pending appeal granted upon condition that appellant perfect the appeal for Friday, December eleventh (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

ALFONSO MAGGIO, Appellant, v. CAMDEN FIRE INSURANCE ASSOCIATION, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

MORELITE SERVICE STATIONS, INC., and Another, Respondents, v. ALBERT GOLDMAN, as Commissioner of Plant and Structures of the City of New York, and Another, Appellants.— Motion to vacate order discontinuing appeal granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE DEUTSCH, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX L. KANE, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the January, 1932, term, and case ordered on the calendar for Monday, January 11, 1932. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEDA BAUER RUHL, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the January, 1932, term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BOLESLAU SNIECIENSKI, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.